UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY TAFOYA,<br><br>    Petitioner,<br><br>    vs.<br><br>J. YATES, WARDEN et al<br><br>    Respondents | )  CIV S 05-0824 FDC GGH P<br>)<br>)  ORDER GRANTING REQUEST FOR<br>)<br>)  EXTENSION OF TIME TO FILE<br>)<br>)  AMENDED PETITION<br>)<br>)  [LOCAL RULE 6-142, SUB.(C)]<br>)<br>) |

Pursuant to this Ex Parte Motion for an Extension of Time to File an Amended Petition by petitioner in the above named case, and for the good cause shown herein, IT IS HEREBY ORDERED that petitioner's amended petition will be due on January 16, 2006.

Dated: 11/23/05

                        /s/ Gregory G. Hollows

                        GREGORY G. HOLLOWS
                        United States Magistrate Judge

tafo0824.po