1

2

3

4

5

6

7

8                           IN THE UNITED STATES DISTRICT COURT

9                        FOR THE EASTERN DISTRICT OF CALIFORNIA

10   TONY TAFOYA,

11              Petitioner,                    No. CIV S-05-0824 FCD GGH P

12         vs.

13   J. YATES, Warden, et al.,

14              Respondents.              ORDER

15   _____/

16              Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of

17   habeas corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States

18   Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

19              On March 13, 2006, the magistrate judge filed findings and recommendations

20   herein which were served on all parties and which contained notice to all parties that any

21   objections to the findings and recommendations were to be filed within twenty days.  Neither

22   party has filed objections to the findings and recommendations.

23              The court has reviewed the file and finds the findings and recommendations to be

24   supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY

25   ORDERED that:

26   /////

1

1          1.  The findings and recommendations filed March 13, 2006, are adopted in full;

2          2.  Petitioner's unopposed motion for a stay and abeyance, filed January 13, 2006,

3  is granted and this matter is stayed pending exhaustion of Claims 8, 9, and 10, as set forth above;

4          3.  Petitioner is directed to file a notice to this court of exhaustion of his state

5  court remedies as to Claims 8, 9, and 10, within thirty days of the filing of the decision by the

6  state supreme court; and

7          4.  The Clerk of Court is directed to administratively close this action.

8  DATED:May 8, 2006

9

10                        /s/ Frank C. Damrell Jr.
                                   FRANK C. DAMRELL JR.

11                        United States District Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26