MARYLOU HILLBERG
State Bar No. 88645
P.O. Box 1879
Sebastopol, CA  95473
Telephone (707) 575-0393
Fax  (707) 829-1197
E-mail  hillberg@sonic.net

ATTORNEY FOR PETITIONER,
TONY TAFOYA

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY TAFOYA, | Case No. CIV S 05-0824 FCD GGH P |
| Petitioner, | ORDER TO DISMISSING PETITION AS MOOT |
| vs. | [28 U.S.C. §636(c)] |
| J. YATES, WARDEN et al | |
| Respondents | |

    Pursuant to this Stipulation by the Parties that the Petition for a Writ of Habeas Corpus is now moot, and for the good cause shown herein, IT IS HEREBY ORDERED that petitioner's amended petition be dismissed with prejudice.

Dated:3/20/07                                    /s/ Gregory G. Hollows

                                                                                GREGORY G. HOLLOWS
                                                                                United States Magistrate Judge

tafo0824.stp